# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

**JOSEPH PAVLIK**

_____
Defendant

)
)
) Case: 1:23-mj-20
) Assigned To: Magistrate Judge Zia M. Faruqui
) Assign. Date: 1/20/2023
) Description: Complaint with Arrest Warrant
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ **JOSEPH PAVLIK**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds.

Date: 01/20/2023

_Issuing officer's signature_
Zia M. Faruqui
2023.01.20 16:08:36 -05'00'

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on (date) 1/20/23, and the person was arrested on (date) 1/31/23
at (city and state) Chicago, IL

Date: 1/31/23

_Arresting officer's signature_

Anthony Cimilluca  FBI/TFO
_Printed name and title_