UNITED STATES DISTRICT COURT
For the
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.      CASE NO. 23-mj 20

JOSEPH PAVLIK

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as co-counsel in this case for Joseph Pavlik
                Defendant

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following courts since 1985: United States District Court for the Northern District of Illinois; United States District Court for the Northern District of Indiana; and the United States District Court for the Central District of Illinois and the State of Illinois, and United States District Court for DC (since 2020).  I further certify that I am not the subject of suspension or disbarment from any court.

                United States District Court for DC (2020)
                _____
                Year of Admission

                *Lawrence S. Beaumont*

February 3, 2023      _____
                Signature of Attorney

                Lawrence S. Beaumont
                Attorney –at-Law
                13059 Laurel Glen Court, Suite 201
                Palos Heights, Illinois 60463
                (312) 287-2225
                Fax (708) 371-6892
                ARDC # 6189393
                l.beaumont@att.net