# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 23-mj-00020 (ZMF) |
| **JOSEPH PAVLIK,** : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Holly F. Grosshans is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: February 13, 2023

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: /s/ Holly F. Grosshans
HOLLY F. GROSSHANS
Assistant United States Attorney
D.C. Bar No. 90000361
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-6737
Email: Holly.Grosshans@usdoj.gov

## CERTIFICATE OF SERVICE

On this 13th day of February, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Holly F. Grosshans*
HOLLY F. GROSSHANS
Assistant United States Attorney